```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, ET AL., | 22-cv-716 (JGK) <br><br> ORDER |
| Plaintiffs, | |
| - against - | |
| NEW YORK CITY ACOUSTICS, INC., ET AL., | |
| Defendants. | |

---

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by May 13, 2022. The conference scheduled for May 4, 2022, is canceled.

SO ORDERED.

Dated:  New York, New York
April 26, 2022

/s/ John G. Koeltl
John G. Koeltl
United States District Judge