```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS            22-cv-716 (JGK)
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN      ORDER
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, ET AL.,

                Plaintiffs,

     - against -

NEW YORK CITY ACOUSTICS, INC.,
ET AL.,

                Defendants.

-----------------------------------------------

**JOHN G. KOELTL, District Judge:**

    This case has been referred to the Magistrate Judge for settlement. The case is **stayed** pending the conclusion of the settlement negotiations. The parties should report to the Court on the status of the case within **7 days** of the conclusion of the settlement negotiations. If any issues remain to be resolved at that time, the parties' status report should include a proposed revised schedule for the litigation, including a revised schedule for briefing any motion for summary judgment.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **August 15, 2023**

                                                  /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                     **United States District Judge**