UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, ET AL.,

           Plaintiffs,

- against -

NEW YORK CITY ACOUSTICS, INC., ET
AL.,

           Defendants.

22-cv-716 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide the Court with a status update by **May 10, 2024.**

SO ORDERED.

Dated:    New York, New York
           May 3, 2024

                                            John G. Koeltl
                                   United States District Judge